# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHERYL CLARK                                                                                           PLAINTIFF

v.                                              NO. 4:13CV00437 JLH

CROSSMARK, INC.                                                                                     DEFENDANT

## ORDER

On September 18, 2014, Cheryl Clark filed a notice of settlement indicating that this case had been settled in a mediation on September 3, 2014. Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE